IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BERGER CHIROPRACTIC LLC, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) No. 16-cv-00397 |
| v. | ) ) Hon. Catherine D. Perry |
| DENTAL EQUITIES, LLC, KIANOR SHAHMOHAMMADI a/k/a DR. KIANOR SHAH, FIRST ARKANSAS BANK & TRUST, CARD ASSETS, LLC, and JOHN DOES 1-12, | ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Berger Chiropractic, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i) and, as this action was filed as a class action, under Fed. R. Civ. P. 23, hereby voluntarily dismisses this action without prejudice as to its individual claims, without prejudice as to the putative class' claims, and without taxation of costs.

On March 23, 2016, Plaintiff filed a Class Action Complaint, and Motion for Class Certification against defendants Dental Equities, LLC, Kianor Shahmohammadi, First Arkansas Bank & Trust, and Card Assets, LLC ("Defendants). (Doc. 1).

None of the Defendants have answered or filed motions for summary judgments.

Although this action was brought as a class action, no class was ever certified.  Similarly, no notice of potential class certification was sent to putative class members.

April 13, 2016							Respectfully submitted,

							BERGER CHIROPRACTIC LLC,
							individually and as the representative
							of a class of similarly-situated persons

					By:	/s/ Phillip A. Bock

						Phillip A. Bock
						Tod A. Lewis
						James M. Smith
						BOCK & HATCH, LLC
						134 N. La Salle Street, Suite 1000
						Chicago, IL  60602
						Telephone:  312/658-5500
						phil@bockhatchllc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2016, I caused the foregoing to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                                       /s/ Phillip A. Bock